UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES PLAS SAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | No. 5:19-cv-01538-ODW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint and Supplemental Exhibits in Support of the Complaint (Dkt. 1, 7), the Order and Superseding Order re Complaint (Dkt. 6, 11), Plaintiff's Objection, Motion for Reconsideration, and Notice of Election to Stand on the Complaint (Dkt. 9, 10, 12), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 14), and Plaintiff's Objection to the Report and Recommendation (Dkt. 15).

    The Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case with prejudice.

Dated: January 31, 2020

_____
OTIS D. WRIGHT, II
United States District Judge