UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES PLAS SAMS, | No. 5:19-cv-01538-ODW (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 31, 2020

_____
OTIS D. WRIGHT, II
United States District Judge